# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DONNA GARRETT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00110-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| DR. DON TOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2021 Order.

November 2, 2021

Frank G. Johns, Clerk
United States District Court